UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

BHADRESHKUMAR C. PATEL

**CRIMINAL COMPLAINT**

Case Number: **15 - 0800 JMC**

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about 4/13/2015, in Hanover, Maryland, in the District of Maryland, defendant BHADRESHKUMAR C. PATEL did knowingly, willfully, and unlawfully move and travel in interstate commerce from the State of Maryland to avoid custody and confinement for the crime of MURDER, a felony within the State of Maryland, in violation of Title 18 United States Code, Section 1073.

I further state that I am a Special Agent of the FBI, and that this complaint is based on the following facts:

SEE AFFIDAVIT WHICH IS ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE

Jonathan D. Shaffer, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
this _____ day of April 2015, at Baltimore, Maryland

J. Mark Coulson
United States Magistrate Judge

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 20 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY